United States District Court
Southern District of Texas
**ENTERED**
June 22, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SANTOS CARRILLO-MONTOYA | § | |
| | § | |
| Petitioner | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-57 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 28, 2020, the United States Magistrate Judge filed a Report and Recommendation (Doc. 4) recommending that Plaintiff Santos Carrillo-Montoya's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. 1) be denied. No party filed objections to the Report and Recommendation.

After considering the Report and Recommendation and the applicable law, the Court **ADOPTS** the Report and Recommendation. Accordingly, it is:

**ORDERED** that Plaintiff Santos Carrillo-Montoya's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. 1) is **DENIED**.

In addition, after reviewing Carrillo-Montoya's Motion and the applicable law, the Court finds that no outstanding issue would be debatable among jurists of reason, and that Carillo-Montoya fails to make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Accordingly, the Court **DENIES** a Certificate of Appealability.

The Clerk of Court is directed to close this matter.

SIGNED this 22nd day of June, 2020.

_____
Fernando Rodriguez, Jr.
United States District Judge